# raiser&kenniff
## ATTORNEYS AT LAW

Partners
Steven M. Raiser
Thomas A. Kenniff
Bruce R. Connolly
Ethan D. Irwin
Anthony V. Falcone

Associates
E. Gordon Haesloop
Nipun Marwaha

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Edward Fregosi
John J. Rivas
Amy Sklar
Patricia A. Craig
Anthony J. Colleluori

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2019

May 3, 2019

VIA ECF

Hon. Laura T. Swain
Daniel P. Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Hassan Chahine v. The City of New York, et al.
Case No. 19-cv-276 (LTS)(HBP)

*THE SCHEDULE PROPOSED HEREIN IS APPROVED.*

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
5-7-19

Dear Judge Swain:

As you know, this office represents the Plaintiff in connection with the above-referenced matter.

Please allow this correspondence to serve as Plaintiff's letter motion request for an extension of time to respond to Defendant Gucci America, Inc.'s Rule 12(b)(6) motion and this Court's Individual Practice Rule 2(b)(iii). It is respectfully requested that the Court extend the 2(b)(iii) Statement time for one week, to May 10, 2019. It is further requested that if Plaintiff chooses not to amend the complaint, the Court also extend the motion opposition deadline to May 24, 2019 and movant's reply deadline to June 12, 2019. The undersigned has conferred with counsel for the movant and the City both consent to the within motion. We were unable to reach counsel for Friberg.

Of course, should you have any questions, or wish to discuss the matter in greater detail, please do not hesitate to contact the undersigned. Thank you for your time and attention.

Very truly yours,

*Ethan D. Irwin*

Ethan D. Irwin

cc: all parties via ECF only

Manhattan Office
87 Walker Street
New York, New York 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
80 Orville Drive, Suite 100
Bohemia, New York 11716
631-338-5711