UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

HASSAN CHAHINE and CHAHINE
SPORTSWEAR II CORP.,

        Plaintiffs,

  -v-                                       No.  19-CV-00276-LTS-HBP

CITY OF NEW YORK et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

        Defendants' motions to dismiss the Complaint are denied, without prejudice, as moot in light of the filing of Plaintiffs' Second Amended Complaint (docket entry no. 70).

        Docket entry nos. 40 and 55 are resolved.

        SO ORDERED.

Dated: New York, New York
       June 10, 2019

                                                              /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                              United States District Judge