# raiser&kenniff
## ATTORNEYS AT LAW

**Partners**
Steven M. Raiser
Thomas A. Kenniff
Bruce R. Connolly
Ethan D. Irwin
Anthony V Falcone

**Associates**
E. Gordon Haesloop
Nipun Marwaha

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 · Fax 516-742-7618

**Of Counsel**
Edward Fregosi
John J. Rivas
Amy Sklar
Patricia A. Craig
Anthony J. Colleluori

*Plaintiff's time to file opposition to the motion is extended to 8-16-19*

**SO ORDERED**

/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-15-19

July 12, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/19

**VIA ECF & REGULAR MAIL**
Chambers of the Honorable Laura Taylor Swain
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

Re: *Hassan Chahine v. The City of New York, et al.*
Docket No. 19-cv-276
**Letter Motion seeking an Extension of Time**

Dear Honorable Swain:

As you know, our office represents the Plaintiffs Hassan Chahine and Chahine Sportswear II Corp. ("Plaintiffs"). This letter motion is respectfully submitted to seek an extension of time of 30 days to oppose Defendants Friberg and Gucci respective FRCP 12(b)(6) motions.

Pursuant your Honor's Individual Part Rules, we have consulted with the moving parties and have obtained their consent.

It is therefore respectfully requested that the Court issue an Order granting Plaintiffs an extension of time to serve its opposition.

Of course, should you have any questions, or wish to discuss the matter in greater detail, please do not hesitate to contact the undersigned. Thank you for your time and attention.

Very truly yours,

*Ethan D. Irwin*

Ethan D. Irwin, Esq.

cc: **VIA ECF ONLY**
All parties