# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Bruce R. Connolly
Ethan D. Irwin
Anthony V. Falcone
Jonathan A. Tand
Nipun Marwaha
Estefania P. Taranto

300 Old Country Road, Suite 351
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Edward Fregosi
John J. Rivas
Amy Sklar
Patricia A. Craig
Anthony J. Colleluori
E. Gordon Haesloop

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2019

August 15, 2019

**VIA ECF & REGULAR MAIL**

Chambers of the Honorable Laura Taylor Swain
United States Courthouse
500 Pearl St.
New York, N.Y. 10007-1312

**MEMO ENDORSED**

Re: *Hassan Chahine v. The City of New York, et al.*
Docket No. 19-cv-276
**Letter Motion seeking an Extension of Time**

Dear Honorable Swain:

As you know, our office represents the Plaintiffs Hassan Chahine and Chahine Sportswear II Corp. ("Plaintiffs"). This letter motion is respectfully submitted to seek an additional extension of time of 14 days to oppose Defendants Friberg and Gucci respective FRCP 12(b)(6) motions.

Pursuant your Honor's Individual Part Rules, we have consulted with the moving parties and have obtained their consent.

It is therefore respectfully requested that the Court issue an Order granting Plaintiffs an extension of time to serve its opposition.

Of course, should you have any questions, or wish to discuss the matter in greater detail, please do not hesitate to contact the undersigned. Thank you for your time and attention.

*The requested extension of 14 days is granted. DE #79 resolved.*

Very truly yours,

Ethan D. Irwin, Esq.

**SO ORDERED:**
_____ 8/16/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: **VIA ECF ONLY**
All parties

Manhattan Office
87 Walker Street
New York, New York 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746