IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HASSAN CHAHINE, et al.,

                Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 276 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the Defendants' Letter-Motion requesting that the final month of discovery in this case be stayed pending the decision on the Motion to Dismiss. (ECF No. 120). Due to the time sensitive nature of Defendants' request, Plaintiffs are reminded that any response must be submitted by **March 11, 2020.** If no response is filed by that date, the Court will rule on the Letter-Motion as filed.

Dated:      New York, New York
             March 3, 2020

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**