UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HASSAN CHAHINE, et al.,

               Plaintiffs,

against

THE CITY OF NEW YORK, et al.,

               Defendants.

CIVIL ACTION NO.: 19 Civ. 276 (LTS) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the conference held today, March 10, 2020, the discovery schedule is amended as follows:

1. All fact discovery shall be completed no later than **April 27, 2020.**
2. Plaintiffs' expert disclosures shall be made no later than **June 1, 2020.**
3. Defendants' expert disclosures shall be made no later than **July 13, 2020.**

The remaining pre-trial deadlines are unchanged.

The Clerk of Court is respectfully directed to update the schedule as outline herein and to close the Letter-Motion at ECF No. 120.

Dated:     New York, New York
            March 10, 2020

SO ORDERED

_/s/ Sarah Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**