**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HASSAN CHAHINE and CHAHINE
SPORTSWEAR II CORP.,

                    Plaintiffs,

-against-                                    19 **CIVIL** 276 (DLC)

## JUDGMENT

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, OFFICER DAVID
PEREZ, OFFICER MATTHEW MAURO, and
POLICE OFFICER JOHN DOE NOS. 1-5,

                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 20, 2020, the Defendants' September 13, 2019 motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

        May 21, 2020

                                                   **RUBY J. KRAJICK**
                                                      Clerk of Court
                                **BY:**

                                                       **Deputy Clerk**